UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X  O R D E R
PAULINE PIPITONE,

            Plaintiff,      CV-06-0145 (DGT)

-against-

CITY OF NEW YORK, et al.,

            Defendants.
----------------------------------------X

An initial conference will be held in the above-captioned case on May 10, 2006, at 1:00 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated:  Brooklyn, New York
       January 27, 2006

                                      s/Joan M. Azrack
                                      JOAN M. AZRACK
                                      UNITED STATES MAGISTRATE JUDGE