# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
                 )SS
COUNTY OF KINGS  )

I, Kathleen Goff, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside at Bronx, New York.

On December 19, 2006 I served the within

**NOTICE OF MOTION, AFFIRMATION AND EXHIBITS**

by depositing a true copy thereof in a post-paid wrapper in an official depository, under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known address set forth after each name.

Michael A. Cardozo, Esq.
Corporation Counsel
Attorneys for Defendants
**The City of New York and**
**New York City Police Department**
100 Church Street
New York, New York 10007

Steven Caracappa
**Defendant Pro Se**
Metropolitan Detention Center
Resident No. 04597748
P.O. Box 329002
Brooklyn, New York 11232

Louis Eppolito
**Defendant Pro Se**
Metropolitan Detention Center
Resident No. 045966748
P.O. Box 329002
Brooklyn, New York 11232

Kathleen Goff

Sworn to before me this
19th day of December, 2006

Notary Public

MARK A. LONGO
Notary Public, State of New York
No.02LO4655104
Qualified in Kings County
Commission Expires July 31, 2009